IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH MALIK EVANS,** | : | |
| Petitioner | : | |
| | : | No. 1:20-cv-811 |
| v. | : | |
| | : | (Judge Rambo) |
| **MARK GARMAN,** *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 14th day of February 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

2. A certificate of appealability will not issue; and

3. The Clerk of Court is directed to **CLOSE** this case.

                s/ Sylvia H. Rambo
                United States District Judge